UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kimberly Ann Henny, | File No. 22-cv-2121 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Patrick T. O'Connor, *CEO, Federal Prison Industries*; J. Stanek, *Factory Manager, Unicor FCI Waseca*; Mistelle Starr, *Warden, FCI Waseca*; Michael Carvajal, *Federal Bureau of Prisons Director*; Andre Matevousian, *Regional Director of Bureau of Prisons*, | |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on November 3, 2022. ECF No. 7. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 7] is **ACCEPTED**;

2. This matter is **DISMISSED** as follows:

   a. Kimberly Ann Henny's claims arising under federal law are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

        b.    Henny's state-law claims are **DISMISSED WITHOUT PRJEUDICE** for lack of federal subject-matter jurisdiction.

3.    Henny's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 29, 2022        s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court